IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Dominique Davis, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| -*vs*- ) | No. 18-cv- |
| ) | |
| Thomas Dart, Sheriff of Cook ) | |
| County, Cook County, Illinois, ) | |
| ) | |
| *Defendants.* ) | |

# COMPLAINT

Plaintiff Dominique Davis, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. § 1343.

2. Plaintiff Dominique Davis was an inmate at the Cook County Department of Corrections assigned booking number 2017-0724169.

3. Defendant Thomas Dart is the Sheriff of Cook County. Plaintiff sues Dart in his official capacity only.

4. Defendant Cook County, in collaboration with the Sheriff as outlined in the January 2011 Inter-Agency Agreement, is responsible for the health and well-being of inmates remanded to the Sheriff of Cook County and is a necessary party in this action pursuant to *Carver v. Sheriff of LaSalle County*, 324 F. 3d 947 (7th Cir. 2003).

5. Plaintiff entered the CCDOC on July 24, 2017.

6. Beginning in August or September a wisdom tooth on the bottom right side of plaintiff's mouth started causing significant pain.

7. Plaintiff was instructed that pursuant to policy at the CCDOC she must submit HSR forms to seek treatment for dental pain.

8. Despite submitting many HSR forms, plaintiff waited about two months to see a dentist, Dr. Khan.

9. Dr. Khan told plaintiff that she must be referred to Stroger for oral surgery. She also diagnosed plaintiff with an abscess.

10. The only way to treat an abscess at the CCDOC is to extract a tooth.

11. Plaintiff was transferred to the Illinois Department of Corrections on or about November 15, 2017.

12. Despite submitting numerous HSR forms and grievances complaining of significant dental pain, plaintiff was not treated for her abscess while at the CCDOC.

13. For years it has been common knowledge among administrators at the CCDOC that medical care for serious dental pain was inadequately scheduled because of the policy to schedule inmates for dental care.

14. On September 10, 2013, Dr. Jorelle Alexander, the Cook County Director of Oral Health, sent an email to the Jail's chief dentist and wrote under the heading "Scheduling," that the "[c]urrent process is inefficient" and that "[r]eturn appointments as well as grievances, HSRF, et are not being scheduled appropriately."

15. Inmates complaining of a toothache on a HSR form, pursuant to policy at the CCDOC, must be evaluated by a dentist within 72 hours.

16. Defendants Dart and Cook County know that over the past two years inmates complaining of toothaches are not seen within 72 hours by a dentist.

17. Because of budget cuts, Cook County eliminated the oral surgeon position at the CCDOC in 2009.

18. Defendants Dart and Cook County know that inmates suffer prolonged dental pain because an oral surgeon does not treat patients on-site at the CCDOC. As a result, inmates requiring oral surgery must be scheduled and transported to Stroger for treatment.

19. Defendants Dart and Cook County know that it is typical for inmates to wait between 60 and 90 days for an appointment with Stroger oral surgery.

20. Plaintiff suffered serious dental pain because of the policy to schedule inmates for dental treatment.

21. Defendants Dart and Cook County have not taken reasonable measures to correct this policy which has caused and continues to cause inmates, like plaintiff, to suffer unnecessary and gratuitous dental pain.

22. For the reasons above stated, the policy or widespread practices relating to dental care was deliberately indifferent to plaintiff's rights secured by the Fourteenth Amendment to the United States Constitution and was the moving force behind her prolonged dental pain.

23. Plaintiff demands trial by jury on her claim for damages.

It is therefore respectfully requested that the Court grant appropriate compensatory damages against defendants, and that the costs of this action, including attorney's fees, be taxed against defendant Cook County.

/s/ Patrick W. Morrissey
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10150 S. Western Ave., Ste. Rear
Chicago, Illinois 60643
patrickmorrissey1920@gmail.com
(773) 233-7900

*Attorney for Plaintiff*